**Ignatz C. Hodous and Vaclav Capek, appellees, v. Anton F. Prochaska, appellant. Gen. No. 27,996.**

Petition by shareholders for mandamus to produce for inspection the books of a corporation. Judgment for complainants. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Covey F. Grider, for appellant. Charles J. Michal, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Katherine C. Downs and Elizabeth C. Bailey, appellees, v. Aaron Wolfson and Izidor H. Freeman, appellants. Gen. Nos. 28,008, 28,009, 28,010.**

Action on "Statement of claim, cognovit and lease." Judgment for plaintiffs. Appeals from the Municipal Court of Chicago; the Hon. Charles F. McKinley Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Daniel L. Madden, for appellants. Ogden & Traxler, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**William A. Conway, trading as Conway Coke & Coal Company, appellee, v. Frank K. Reilly, appellant. Gen. No. 28,081.**

Suit for price of coal sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the October term, 1922. Affirmed with damages. Opinion filed March 19, 1923. Rehearing denied April 2, 1923. *Certiorari* denied by Supreme Court (making opinion final).

George L. Reker and Thomas W. Reilly, for appellant. Pomeroy & Martin, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Keasbey & Mattison Company, appellee, v. George Reader, appellant. Gen. No. 28,090.**

Suit for balance due for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923. Rehearing denied April 21, 1923.

Edmond W. Pottle, for appellant. Culver, Andrews & King, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.